Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
RODNEY SMITH LTD.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RODNEY SMITH LTD.,<br><br>Plaintiff,<br><br>v.<br><br>VOXX, LLC,<br><br>Defendant. | Case No.:  **2:22-cv-04282**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>**Demand for Jury Trial** |

Plaintiff RODNEY SMITH LTD. by and through its undersigned counsel, brings this Complaint against Defendant VOXX, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.      Plaintiff RODNEY SMITH LTD. ("RS Ltd.") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute RS Ltd.'s original copyrighted Work.

1

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

2.      Rodney Smith ("Smith") was a prominent photographer whose whimsical work invited comparison to that of surrealist painter Rene Magritte. Long acclaimed for his iconic black and white images that combine portraiture and landscape, Smith created enchanted worlds full of subtle contradictions and surprises. Using only film and light, his un-retouched, dream-like images are matched in quality by the craft and physical beauty of his prints. Smith was a man who cared deeply about sharing his vision of the world with humor, grace and optimism. Born in New Yor City, Smith found his artistic inspiration while visiting the permanent collection of photography at the Museum of Modern Art (MoMA) during his junior year in college. After graduating from the University of Virginia in 1970, he went on to earn a master's degree in theology from Yale University, while minoring in photography under Walker Evans. Smith was looking for meaning in his life, and photography provided a way for him to express himself.

3.      Having found his niche, Smith traveled throughout the American South, Haiti and Wales, making soul-searching portraits of workers and farmers, as well as capturing the magnificence of the landscape. Influenced by the teaching and technical precision of Ansel Adams, Smith sought to perfect his own technique, narrowing his choice of camera, film, exposure, developer, and paper. He used light to edit and reveal his subjects, rendering them in a broad spectrum of tones, ranging from crisp white highlights to deep velvety shadows. Smith's signature style emerged, making the world appear sharper and clearer, bringing order to chaos.

4.      Defendant VOXX, LLC ("Voxx") is a Los Angeles, California based production studio that produces music, television and film, and dubbing, including ADR, translations, adaptations, subtitles, closed captioning, sound design and editing. Voxx employees include producers, actors, directors, musicians and event organizers. Their clients include, Pixar, AT&T, Paramount, USA, Peacock, Starz, AMC Studios, Sony Pictures Animation, and many more. At all times relevant herein, Voxx owned

2

and operated the internet website located at the URL www.voxxstudios.com (the "Website").

5.      RS Ltd. alleges that Voxx copied RS Ltd.'s copyrighted Work from the internet in order to advertise, market and promote its business activities. Voxx committed the violations alleged in connection with Voxx's business for purposes of advertising and promoting sales to the public in the course and scope of the Voxx's business.

## JURISDICTION AND VENUE

6.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.      Defendant is subject to personal jurisdiction in California.

9.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10.     Voxx, LLC is a California limited liability company, with its principal place of business at 434 West Cypress Street, Glendale, Calfornia, 91204, and can be served by serving its Registered Agent, Mr. Andrei Zinca, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

11.     Smith created the photograph entitled TRU2278034, which is shown below and referred to herein as the "Work".

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:22-CV-04282



12.     RS Ltd. registered the Work with the Register of Copyrights on February 8, 2021 and was assigned the registration number VA 2-238-556. The Certificate of Registration is attached hereto as Exhibit 1.

13.     At all relevant times RS Ltd. was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14.     Voxx has never been licensed to use the Work at issue in this action for any purpose.

4

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Voxx copied the Work.

16. On or about September 15, 2021, RS Ltd. discovered the unauthorized use of its Work on the Website in an article on their "In Development" page as one of the two images promoting their co-production in the film "A Safe World."

17. Voxx copied RS Ltd.'s copyrighted Work without RS Ltd.'s permission.

18. After Voxx copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its video production business.

19. Voxx copied and distributed RS Ltd.'s copyrighted Work in connection with Voxx's business for purposes of advertising and promoting Voxx's business, and in the course and scope of advertising and selling products and services.

20. RS Ltd.'s Work is protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Voxx committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. RS Ltd. never gave Voxx permission or authority to copy, distribute or display the Work at issue in this case.

23. RS Ltd. notified Voxx of the allegations set forth herein on February 2, 2022. To date, the Parties have not been able to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. RS Ltd. incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. RS Ltd. owns a valid copyright in the Work at issue in this case.

26. RS Ltd. registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 2:22-CV-04282

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

1

2

3

27.     Voxx copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without RS Ltd.'s authorization in violation of 17 U.S.C. § 501.

4

5

28.     Voxx performed the acts alleged in the course and scope of its business activities.

6

29.     Voxx's acts were willful.

7

30.      RS Ltd. has been damaged.

8

31.     The harm caused to RS Ltd. has been irreparable.

9

10

WHEREFORE, the Plaintiff prays for judgment against the Defendant Voxx, LLC that:

11

12

13

14

a.     Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of  17 U.S.C. § 501;

15

16

17

18

b.     Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

19

20

c.     Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

21

22

d.     Plaintiff be awarded such other and further relief as the Court deems just and proper; and

23

24

e.     Plaintiff be awarded pre- and post-judgment interest.

25

## **JURY DEMAND**

26

27

Plaintiff Rodney Smith Ltd. hereby demands a trial by jury of all issues so triable.

28

6

DATED:  June 22, 2022        Respectfully submitted,

*/s/ Matthew L. Rolllin*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Rodney Smith Ltd.*

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

7

COMPLAINT FOR COPYRIGHT INFRINGEMENT        CASE NO.: 2:22-CV-04282