# Exhibit 1



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002238556
Search Results: Displaying 1 of 1 entries



Labeled View

***Rodney Smith 2008 Published Collection.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002238556 / 2021-02-08 |
| **Application Title:** | Rodney Smith 2008 Published Collection |
| **Title:** | Rodney Smith 2008 Published Collection. [Group registration of published photographs. 274 photographs. 2008-01-01 to 2008-09-01] |
| **Description:** | 274 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Rodney Smith Ltd., Transfer: By written agreement. Address: 7 Lawrence Lane, P.O. Box 697, Palisades, NY, 10964, United States. |
| **Date of Creation:** | 2008 |
| **Publication Date Range:** | 2008-01-01 to 2008-09-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Rodney Lewis Smith, 1947-2016; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Leslie Smolan, Rodney Smith Ltd., 7 Lawrence Lane, P.O. Box 697, Palisades, NY, 10964, United States, (845) 359-7719, leslie@carbonesmolan.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.<br><br>Regarding group registration: Registration extends only to photographs that are uploaded and appear within the photograph title list. |
| **Photographs:** | Published in January 2008 (1 photographs): TRU2278327.jpg<br><br>Published in May 2008 (85 photographs): TRU2278191.jpg, TRU2278187.jpg, TRU2278183.jpg, TRU2278179.jpg, TRU2278175.jpg, TRU2278171.jpg, TRU2278167.jpg, TRU2278159.jpg, TRU2278155.jpg, TRU2278152.jpg, TRU2278147.jpg, TRU2278142.jpg, TRU2278137.jpg, TRU2278134.jpg, TRU2278128.jpg, TRU2278122.jpg, TRU2278115.jpg, TRU2278111.jpg, TRU2278098.jpg, TRU2278092.jpg, TRU2278086.jpg, TRU2278081.jpg, TRU2278072.jpg, TRU2278068.jpg, TRU2278066.jpg, TRU2278064.jpg, TRU2278061.jpg, TRU2278058.jpg, TRU2278052.jpg, TRU2278051.jpg, TRU2278048.jpg, TRU2278046.jpg, TRU2278045.jpg, TRU2278043.jpg, TRU2278042.jpg, TRU2278040.jpg, TRU2278039.jpg, TRU2278037.jpg, TRU2278034.jpg, TRU2278033.jpg, TRU2278031.jpg, TRU2278028.jpg, TRU2278027.jpg, TRU2278024.jpg, TRU2278022.jpg, TRU2278021.jpg, TRU2278019.jpg, TRU2278018.jpg, TRU2278016.jpg, TRU2278015.jpg, TRU2278014.jpg, TRU2278009.jpg, TRU2278006.jpg, TRU2278005.jpg, TRU2278003.jpg, TRU2278002.jpg, TRU2278001.jpg, TRU2277999.jpg, TRU2277997.jpg, TRU2277995.jpg, TRU2277994.jpg, TRU2277993.jpg, TRU2277992.jpg, TRU2278077.jpg, TRU2278057.jpg, TRU2278036.jpg, TRU2278025.jpg, TRU2278100.jpg, TRU2278104.jpg, TRU2277991.jpg, TRU2311372.jpg, TRU2310118.jpg, TRU2997912.jpg, TRU2999178.jpg, TRU2998006.jpg, TRU2997896.jpg, TRU2999343.jpg, TRU2997918.jpg, TRU2997969.jpg, TRU2998038.jpg, TRU2998064.jpg, TRU2998063.jpg, TRU2997910.jpg, TRU2998045.jpg<br><br>Published in July 2008 (13 photographs): TRU2278258.jpg, TRU2278237.jpg, TRU2278215.jpg, TRU2278184.jpg, TRU2278135.jpg, TRU2278087.jpg, TRU2278114.jpg, TRU2998050.jpg, TRU2998001.jpg, TRU2997970.jpg, TRU2998036.jpg, TRU2999015.jpg, TRU2999196.jpg<br><br>Published in August 2008 (120 photographs): TRU2310194.jpg, TRU2283071.jpg, TRU2283069.jpg, TRU2283073.jpg, TRU2283075.jpg, TRU2283077.jpg, TRU2283079.jpg, TRU2283081.jpg, TRU2283083.jpg, TRU2283085.jpg, TRU2283087.jpg, TRU2283089.jpg, TRU2283091.jpg, TRU2283093.jpg, TRU2283095.jpg, TRU2283096.jpg, TRU2283098.jpg, TRU2283100.jpg, TRU2283102.jpg, TRU2283104.jpg, TRU2283106.jpg, TRU2283108.jpg, TRU2283110.jpg, TRU2283112.jpg, TRU2283114.jpg, TRU2283116.jpg, TRU2283118.jpg, TRU2283120.jpg, TRU2283122.jpg, TRU2283066.jpg, TRU2283063.jpg, TRU2283059.jpg, TRU2283055.jpg, TRU2281853.jpg, TRU2281859.jpg, TRU2281893.jpg, TRU2281472.jpg, TRU2281498.jpg, TRU2281758.jpg, TRU2278288.jpg, TRU2278286.jpg, TRU2278284.jpg, TRU2278283.jpg, TRU2278281.jpg, TRU2278279.jpg, TRU2278277.jpg, TRU2278275.jpg, TRU2278273.jpg, TRU2278271.jpg, TRU2278269.jpg, TRU2278267.jpg, TRU2278264.jpg, TRU2278262.jpg, TRU2278260.jpg, TRU2278256.jpg, TRU2278254.jpg, TRU2278252.jpg, TRU2278251.jpg, TRU2278248.jpg, TRU2278247.jpg, TRU2278245.jpg, TRU2278243.jpg, TRU2278241.jpg, TRU2278239.jpg, TRU2278235.jpg, TRU2278233.jpg, TRU2278231.jpg, TRU2278229.jpg, TRU2278227.jpg, TRU2278224.jpg, TRU2278218.jpg, TRU2278212.jpg, TRU2278210.jpg, TRU2278198.jpg, TRU2278196.jpg, TRU2278194.jpg, TRU2278190.jpg, TRU2278180.jpg, TRU2278174.jpg, TRU2278172.jpg, TRU2278166.jpg, TRU2278160.jpg, TRU2278158.jpg, TRU2278151.jpg, TRU2278149.jpg, TRU2278143.jpg, TRU2278138.jpg, TRU2278130.jpg, TRU2278127.jpg, TRU2278124.jpg, TRU2278119.jpg, TRU2278109.jpg, TRU2278105.jpg, TRU2278094.jpg, TRU2278089.jpg, TRU2278083.jpg, TRU2278082.jpg, TRU2278073.jpg, TRU2278071.jpg, TRU2278070.jpg, TRU2278060.jpg, TRU2278055.jpg, TRU2278049.jpg, TRU2278047.jpg, TRU2278220.jpg, TRU2278209.jpg, TRU2278177.jpg, TRU2997959.jpg, TRU2998046.jpg, TRU2997995.jpg, TRU2999121.jpg, TRU2998022.jpg, TRU2997994.jpg, TRU2998053.jpg, TRU2997951.jpg, TRU2997953.jpg, TRU2997987.jpg, TRU2997925.jpg, TRU2998065.jpg, TRU2997991.jpg, TRU2998044.jpg<br><br>Published in September 2008 (55 photographs): TRU2310172.jpg, TRU2281851.jpg, TRU2281856.jpg, TRU2281868.jpg, TRU2281871.jpg, TRU2281874.jpg, TRU2281878.jpg, TRU2281883.jpg, TRU2281889.jpg, TRU2281895.jpg, TRU2281898.jpg, TRU2281901.jpg, TRU2281904.jpg, TRU2281907.jpg, TRU2281910.jpg, TRU2281913.jpg, TRU2281916.jpg, TRU2281923.jpg, TRU2281925.jpg, TRU2281931.jpg, TRU2281934.jpg, TRU2281937.jpg, TRU2281763.jpg, TRU2281765.jpg, TRU2281775.jpg, TRU2281781.jpg, TRU2281788.jpg, TRU2281792.jpg, TRU2281799.jpg, TRU2281804.jpg, TRU2281808.jpg, TRU2281814.jpg, TRU2281818.jpg, TRU2281824.jpg, TRU2281829.jpg, TRU2281833.jpg, TRU2281837.jpg, TRU2281752.jpg, TRU2281012.jpg, TRU2997926.jpg, TRU2997888.jpg, TRU2997982.jpg, TRU2997906.jpg, TRU2997892.jpg, TRU2999004.jpg, TRU2997898.jpg, TRU2998953.jpg, TRU2998938.jpg, TRU2997996.jpg, TRU2999041.jpg, TRU3008348.jpg, TRU2997921.jpg |
| **Names:** | Smith, Rodney Lewis, 1947-2016<br>Rodney Smith Ltd. |



Save, Print and Email (**Help Page**)
Select Download Format   Full Record   Format for Print/Save
Enter your email address:              Email